1054

No. 12–6930.  THOMPSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 12–6932.  WILLIAMS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 12–6934.  MOORE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–6942.  JOHNSON v. FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 12–6946.  LARSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–6948.  LIMON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 12–6949.  LaROSE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–6951.  SMITH v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–6952.  SAINT-JEAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–6953.  DEMBRY v. OLIVER, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 12–6954.  CROOKER v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 12–6955.  DILLARD v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–6957.  DICKSON v. SUBIA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–6961.  LOPEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–6968.  WINKELMAN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 12–6971.  AILEMEN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.